390 A.2d 287

Andrichyn & Schnabel, Inc. v. The Village
Center Limited, Appellant.

■■■■■■■■■■■■■■■■■ Argued March 23, 1978. John V. Hasson, for appellant; Michael J. O'Donoghue, for appellee.

Judgment affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.